# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   RAYMOND N. GRILLI & CHERYL GRILLI                          Case Number: 07-72408
         812 PETER ST.                          SSN-xxx-xx-4254 & xxx-xx-2602
         MCHENRY, IL  60050

Case filed on:        10/5/2007
Plan Confirmed on:    5/2/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $21,550.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 002 | REGIONS BANKdba REGIONS MORTGAGE | 0.00 | 0.00 | 16,550.40 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 16,550.40 | 0.00 |
| 000 | ATTORNEY MARIO J PEREZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RAYMOND N. GRILLI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HANDTMANN INC | 3,200.00 | 3,000.00 | 3,000.00 | 0.00 |
| 003 | REGIONS BANKdba REGIONS MORTGAGE | 19,411.35 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 22,611.35 | 3,000.00 | 3,000.00 | 0.00 |
| 001 | HANDTMANN INC | 0.00 | 200.00 | 0.00 | 6.82 |
| 004 | B-REAL LLC | 4,072.35 | 4,072.35 | 0.00 | 138.82 |
| 005 | DFS SERVICES LLC | 2,752.47 | 2,752.47 | 0.00 | 93.83 |
| 006 | ROUNDUP FUNDING LLC | 496.39 | 496.39 | 0.00 | 16.92 |
| 007 | ROUNDUP FUNDING LLC | 443.79 | 443.79 | 0.00 | 15.13 |
| 008 | CAPITAL ONE BANK (USA) NA | 975.93 | 975.93 | 0.00 | 33.26 |
| 009 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DISCOVER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,740.93 | 8,940.93 | 0.00 | 304.78 |
|  | Grand Total: | 31,352.28 | 11,940.93 | 19,550.40 | 304.78 |

Total Paid Claimant:      $19,855.18
Trustee Allowance:        $1,694.82
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                    By  /s/Heather M. Fagan